IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : Chpt 13 |
|---|---|
| Diamoneke L. Bowie | : |
|  | : |
|  | : |
|  | : Bankruptcy No: 22-11760-mdc |
| *Debtor* |  |

**O R D E R**

AND NOW, this __19th__ day of _____July_____ 2022, upon consideration of Debtor's Motion, it is hereby,

ORDERED AND DECREED that the Debtor shall be allowed an extension of time until **August 14, 2022**, by which date all required documents must be filed.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE