**Statement of Earnings and Deductions.**
Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. ☎ 479-273-4000

---

**DIAMONEKE L HOGANS BOWIE**

Deposit Date: 01-20-2022

01/01/2022 - 01/14/2022

**$1,659.18**

| | | |
|---|---|---|
| AMERICAN HERITAGE FCU | CHECK DEPOSIT | xxxxxx2242 | $1,499.18 |
| POLICE & FIRE FCU | CHECK2 DEPOSIT | xxx-xxx1751 | $100.00 |
| AMERICAN HERITAGE FCU | SAVINGS ACCT | xxxxxx2242 | $60.00 |
| THIS IS NOT A REAL CHECK | | | |

---

| EARNINGS | HOURS / RATE | CURRENT | YTD |
|---|---|---|---|
| REGULAR EARNING | 40.00 @ $22.0000 | $880.00 | $2,300.98 |
| OVERTIME EARN | 5.28 @ $33.0000 | $174.24 | $304.92 |
| COVID-19 PAY | | $1,130.73 | $1,130.73 |
| REPORTING PAY | 8.00 @ $22.0000 | $176.00 | $352.00 |
| PTO PAY | 2.00 @ $22.0000 | $44.00 | $220.00 |
| BTWN SHF | | $60.00 | $60.00 |
| SCHED CHANGE | 4.00 @ $22.0000 | $88.00 | $154.00 |
| WRKDHRS | 45.28 | | |
| **Total** | | **$2,552.97** | **$4,522.63** |

| DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| INS MEDICAL * | $88.80 | $174.90 |
| INS DENTAL * | $8.30 | $16.60 |
| INS AD&D * | $0.32 | $0.32 |
| CRITICAL ILL * | $1.18 | $1.18 |
| 401K * | $127.65 | $226.13 |
| ACCIDENT * | $0.68 | $0.68 |
| INS VIS * | $2.76 | $5.52 |
| **Total** | **$229.69** | **$425.33** |

| TAX | CURRENT | YTD |
|---|---|---|
| FEDERAL TAX | $305.73 | $490.63 |
| SOCIAL SECURITY | $151.95 | $268.05 |
| MEDICARE | $35.54 | $62.69 |
| PENNSYLVANIA | $75.24 | $132.73 |
| PA LOCAL TAX | $94.11 | $166.01 |
| SUI | $1.53 | $2.71 |
| **Total** | **$664.10** | **$1,122.82** |

| | CURRENT | YTD |
|---|---|---|
| **NET PAY** | **$1,659.18** | **$2,974.48** |

---

All Material Walmart Confidential. © 2022

**Pay Period: 01/15/2022 - 01/28/2022**



Deposit Date: 02-03-2022
Advice # 593589527

PAID TO
**DIAMONEKE L HOGANS BOWIE**

$1,327.98

4054 E CHELTENHAM AVE
PHILADELPHIA, PA 19124

| | | | |
|---|---|---|---|
| AMERICAN HERITAGE FCU | CHECK DEPOSIT | xxxxxxx2242 | $1,167.98 |
| POLICE & FIRE FCU | CHECK2 DEPOSIT | xxxxxxx1751 | $100.00 |
| AMERICAN HERITAGE FCU | SAVINGS ACCT | xxxxxxx2242 | $60.00 |

THIS IS NOT A REAL CHECK



**CURRENT PAY OVERVIEW**

Netpay
Deductions
Taxes

01/15 - 01/28

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 32.23 |
| PROTECTED PTO | 0.01 |
| PERS HRS AVAIL | 5.03 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 65.18 | $22.0000 | $1,433.96 | $3,734.94 |
| OVERTIME EARN | 2.37 | $33.0000 | $78.21 | $383.13 |
| COVID-19 PAY | | | $0.00 | $1,130.73 |
| REPORTING PAY | | | $0.00 | $352.00 |
| PTO PAY | 16.00 | $22.0000 | $352.00 | $572.00 |
| BTWN SHF | | | $0.00 | $60.00 |
| SCHED CHANGE | 6.00 | $22.0000 | $132.00 | $286.00 |
| WRKDHRS | 67.55 | | | |
| Total | | | $1,996.17 | $6,518.80 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $88.80 | $263.70 |
| INS DENTAL * | $8.30 | $24.90 |
| INS AD&D * | $0.32 | $0.64 |
| CRITICAL ILL * | $1.18 | $2.36 |
| 401K * | $99.81 | $325.94 |
| ACCIDENT * | $0.68 | $1.36 |
| INS VIS * | $2.76 | $8.28 |
| Total | $201.85 | $627.18 |

| CATEGORY | |
|---|---|
| Pay Category | Hourly |

| FEDERAL TAX WITHHOLDING | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| STATE TAX WITHHOLDING | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $189.36 | $679.99 |
| SOCIAL SECURITY | $117.44 | $385.49 |
| MEDICARE | $27.46 | $90.15 |
| PENNSYLVANIA | $58.15 | $190.88 |
| PA LOCAL TAX | $72.73 | $238.74 |
| SUI | $1.20 | $3.91 |
| Total | $466.34 | $1,589.16 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $1,327.98 | $4,302.46 |

All Material Walmart Confidential. © 2022

**Statement of Earnings and Deductions.**
Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. ☎ 479-273-4000

Deposit Date: 02-17-2022

**DIAMONEKE L HOGANS BOWIE**

01/29/2022 - 02/11/2022

**$1,287.44**

| | | | |
|---|---|---|---|
| AMERICAN HERITAGE FCU | CHECK DEPOSIT | xxxxxx2242 | $1,127.44 |
| POLICE & FIRE FCU | CHECK2 DEPOSIT | xxxxxx1751 | $100.00 |
| AMERICAN HERITAGE FCU | SAVINGS ACCT | xxxxxx2242 | $60.00 |

THIS IS NOT A REAL CHECK

| EARNINGS | HOURS / RATE | CURRENT | YTD |
|---|---|---|---|
| REGULAR EARNING | 77.64@ $22.0000 | $1,708.08 | $5,443.02 |
| OVERTIME EARN | 2.86@ $33.0000 | $94.38 | $477.51 |
| COVID-19 PAY | | $0.00 | $1,130.73 |
| REPORTING PAY | | $0.00 | $352.00 |
| PTO PAY | | $0.00 | $572.00 |
| BTWN SHF | | $0.00 | $60.00 |
| SCHED CHANGE | 6.00@ $22.0000 | $132.00 | $418.00 |
| WRKDHRS | 80.50 | | |
| Total | | $1,934.46 | $8,453.26 |

| DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| INS MEDICAL * | $88.80 | $352.50 |
| INS DENTAL * | $8.30 | $33.20 |
| INS AD&D * | $0.32 | $0.96 |
| CRITICAL ILL * | $1.18 | $3.54 |
| 401K * | $96.72 | $422.66 |
| ACCIDENT * | $0.68 | $2.04 |
| INS VIS * | $2.76 | $11.04 |
| Total | $198.76 | $825.94 |

| TAX | CURRENT | YTD |
|---|---|---|
| FEDERAL TAX | $180.30 | $860.29 |
| SOCIAL SECURITY | $113.61 | $499.10 |
| MEDICARE | $26.57 | $116.72 |
| PENNSYLVANIA | $56.26 | $247.14 |
| PA LOCAL TAX | $70.36 | $309.10 |
| SUI | $1.16 | $5.07 |
| Total | $448.26 | $2,037.42 |

| | CURRENT | YTD |
|---|---|---|
| NET PAY | $1,287.44 | $5,589.90 |

All Material Walmart Confidential. © 2022

Statement of Earnings and Deductions.
Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. 479-273-4000

**DIAMONEKE L HOGANS BOWIE**

Deposit Date: 03-03-2022

02/12/2022 - 02/25/2022

**$1,198.66**

| | | | |
|---|---|---|---|
| AMERICAN HERITAGE FCU | CHECK DEPOSIT | xxxxxx2242 | $1,038.66 |
| POLICE & FIRE FCU | CHECK2 DEPOSIT | xxxxxx1751 | $100.00 |
| AMERICAN HERITAGE FCU | SAVINGS ACCT | xxxxxx2242 | $60.00 |

THIS IS NOT A REAL CHECK

| EARNINGS | HOURS / RATE | CURRENT | YTD |
|---|---|---|---|
| REGULAR EARNING | 70.99 @ $22.0000 | $1,561.78 | $7,004.80 |
| OVERTIME EARN | 2.06 @ $33.0000 | $67.98 | $545.49 |
| COVID-19 PAY | | $0.00 | $1,130.73 |
| REPORTING PAY | | $0.00 | $352.00 |
| PROT PTO USED | 2.00 @ $22.0000 | $44.00 | $44.00 |
| PTO PAY | | $0.00 | $572.00 |
| BTWN SHF | | $0.00 | $60.00 |
| SCHED CHANGE | 6.00 @ $22.0000 | $132.00 | $550.00 |
| WRKDHRS | 73.05 | | |
| Total | | $1,805.76 | $10,259.02 |

| DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| INS MEDICAL * | $88.80 | $441.30 |
| INS DENTAL * | $8.30 | $41.50 |
| INS AD&D * | $0.32 | $1.28 |
| CRITICAL ILL * | $1.18 | $4.72 |
| 401K * | $90.29 | $512.95 |
| ACCIDENT * | $0.68 | $2.72 |
| INS VIS * | $2.76 | $13.80 |
| Total | $192.33 | $1,018.27 |

| TAX | CURRENT | YTD |
|---|---|---|
| FEDERAL TAX | $165.63 | $1,025.92 |
| SOCIAL SECURITY | $105.63 | $604.73 |
| MEDICARE | $24.71 | $141.43 |
| PENNSYLVANIA | $52.30 | $299.44 |
| PA LOCAL TAX | $65.42 | $374.52 |
| SUI | $1.08 | $6.15 |
| Total | $414.77 | $2,452.19 |

| | CURRENT | YTD |
|---|---|---|
| NET PAY | $1,198.66 | $6,788.56 |

All Material Walmart Confidential. © 2022

**Statement of Earnings and Deductions.**
Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. ☎ 479-273-4000

Deposit Date: 03-17-2022

**DIAMONEKE L HOGANS BOWIE**

02/26/2022 - 03/11/2022

**$2,418.15**

| | | | |
|---|---|---|---|
| AMERICAN HERITAGE FCU | CHECK DEPOSIT | xxxxxxx2242 | $2,258.15 |
| POLICE & FIRE FCU | CHECK2 DEPOSIT | xxxxxxx1751 | $100.00 |
| AMERICAN HERITAGE FCU | SAVINGS ACCT | xxxxxxx2242 | $60.00 |

THIS IS NOT A REAL CHECK

| EARNINGS | HOURS / RATE | CURRENT | YTD |
|---|---|---|---|
| REGULAR EARNING | 53.27@ $22.0000 | $1,171.94 | $8,176.74 |
| OVERTIME EARN | | $0.00 | $545.49 |
| COVID-19 PAY | | $0.00 | $1,130.73 |
| INCTV FAC HRLY | | $2,034.72 | $2,034.72 |
| REPORTING PAY | | $0.00 | $352.00 |
| OVERTIME/INCT | | $28.34 | $28.34 |
| PROT PTO USED | 1.00@ $22.0000 | $22.00 | $66.00 |
| PTO PAY | 24.00@ $22.0000 | $528.00 | $1,100.00 |
| BTWN SHF | | $0.00 | $60.00 |
| SCHED CHANGE | 2.00@ $22.0000 | $44.00 | $594.00 |
| WRKDHRS | 53.27 | | |
| Total | | $3,829.00 | $14,088.02 |

| DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| INS MEDICAL * | $88.80 | $530.10 |
| INS DENTAL * | $8.30 | $49.80 |
| INS AD&D * | $0.32 | $1.60 |
| CRITICAL ILL * | $1.18 | $5.90 |
| 401K * | $191.45 | $704.40 |
| ACCIDENT * | $0.68 | $3.40 |
| INS VIS * | $2.76 | $16.56 |
| Total | $293.49 | $1,311.76 |

| TAX | CURRENT | YTD |
|---|---|---|
| FEDERAL TAX | $572.42 | $1,598.34 |
| SOCIAL SECURITY | $231.07 | $835.80 |
| MEDICARE | $54.04 | $195.47 |
| PENNSYLVANIA | $114.42 | $413.86 |
| PA LOCAL TAX | $143.11 | $517.63 |
| SUI | $2.30 | $8.45 |
| Total | $1,117.36 | $3,569.55 |

| | CURRENT | YTD |
|---|---|---|
| **NET PAY** | $2,418.15 | $9,206.71 |

All Material Walmart Confidential. © 2022

## Statement of Earnings and Deductions.
Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716.

**Pay Period: 03/12/2022 - 03/25/2022**

Deposit Date: 03-31-2022
Advice # 599881295

PAID TO

### DIAMONEKE L HOGANS BOWIE

**$1,476.08**

4054 E CHELTENHAM AVE
PHILADELPHIA, PA 19124

| | | | |
|---|---|---|---|
| AMERICAN HERITAGE FCU | CHECK DEPOSIT | xxxxxxx2242 | $1,316.08 |
| POLICE & FIRE FCU | CHECK2 DEPOSIT | xxxxxxx1751 | $100.00 |
| AMERICAN HERITAGE FCU | SAVINGS ACCT | xxxxxxx2242 | $60.00 |

THIS IS NOT A REAL CHECK

### CURRENT PAY OVERVIEW



- Netpay
- Deductions
- Taxes

03/12 - 03/25

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 30.59 |
| PROTPTOUSEDYTD | 6.00 |
| PROTECTED PTO | 4.08 |
| PERS HRS AVAIL | 5.03 |

### CATEGORY

| | |
|---|---|
| Pay Category | Hourly |

### FEDERAL TAX WITHHOLDING

| | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

### STATE TAX WITHHOLDING

| | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 80.00 | $22.0000 | $1,760.00 | $9,936.74 |
| OVERTIME EARN | 7.55 | $33.0000 | $249.15 | $794.64 |
| COVID-19 PAY | | | $0.00 | $1,130.73 |
| INCTV FAC HRLY | | | $0.00 | $2,034.72 |
| REPORTING PAY | | | $0.00 | $352.00 |
| OVERTIME/I NCT | | | $0.00 | $28.34 |
| PROT PTO USED | 3.00 | $22.0000 | $66.00 | $132.00 |
| PTO PAY | | | $0.00 | $1,100.00 |
| BTWN SHF | | | $60.00 | $120.00 |
| SCHED CHANGE | 5.00 | $22.0000 | $110.00 | $704.00 |
| WRKDHRS | 87.55 | | | |
| Total | | | $2,245.15 | $16,333.17 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $88.80 | $618.90 |
| INS DENTAL * | $8.30 | $58.10 |
| INS AD&D * | $0.32 | $1.92 |
| CRITICAL ILL * | $1.18 | $7.08 |
| 401K * | $112.26 | $816.66 |
| ACCIDENT * | $0.68 | $4.08 |
| INS VIS * | $2.76 | $19.32 |
| Total | $214.30 | $1,526.06 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $241.40 | $1,839.74 |
| SOCIAL SECURITY | $132.87 | $968.67 |
| MEDICARE | $31.07 | $226.54 |
| PENNSYLVANIA | $65.79 | $479.65 |
| PA LOCAL TAX | $82.29 | $599.92 |
| SUI | $1.35 | $9.80 |
| Total | $554.77 | $4,124.32 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $1,476.08 | $10,682.79 |

All Material Walmart Confidential. © 2022

**Statement of Earnings and Deductions.**
Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. 📞 479-273-4000

Deposit Date: 04-14-2022

**DIAMONEKE L HOGANS BOWIE**

03/26/2022 - 04/08/2022

**$1,327.78**

| | | | |
|---|---|---|---|
| AMERICAN HERITAGE FCU | CHECK DEPOSIT | xxxxxxx2242 | $1,167.78 |
| POLICE & FIRE FCU | CHECK2 DEPOSIT | xxxxxxx1751 | $100.00 |
| AMERICAN HERITAGE FCU | SAVINGS ACCT | xxxxxxx2242 | $60.00 |

THIS IS NOT A REAL CHECK

| EARNINGS | HOURS / RATE | CURRENT | YTD |
|---|---|---|---|
| REGULAR EARNING | 72.86@ $22.0000 | $1,602.92 | $11,539.66 |
| OVERTIME EARN | 7.74@ $33.0000 | $255.42 | $1,050.06 |
| COVID-19 PAY | | $0.00 | $1,130.73 |
| INCTV FAC HRLY | | $0.00 | $2,034.72 |
| REPORTING PAY | | $0.00 | $352.00 |
| OVERTIME/INCT | | $0.00 | $28.34 |
| PROT PTO USED | 1.25@ $22.0000 | $27.50 | $159.50 |
| PTO PAY | | $0.00 | $1,100.00 |
| BTWN SHF | | $0.00 | $120.00 |
| SCHED CHANGE | 5.00@ $22.0000 | $110.00 | $814.00 |
| WRKDHRS | 80.60 | | |
| Total | | $1,995.84 | $18,329.01 |

| DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| INS MEDICAL * | $88.80 | $707.70 |
| INS DENTAL * | $8.30 | $66.40 |
| INS AD&D * | $0.32 | $2.24 |
| CRITICAL ILL * | $1.18 | $8.26 |
| 401K * | $99.79 | $916.45 |
| ACCIDENT * | $0.68 | $4.76 |
| INS VIS * | $2.76 | $22.08 |
| Total | $201.83 | $1,727.89 |

| TAX | CURRENT | YTD |
|---|---|---|
| FEDERAL TAX | $189.29 | $2,029.03 |
| SOCIAL SECURITY | $117.42 | $1,086.09 |
| MEDICARE | $27.46 | $254.00 |
| PENNSYLVANIA | $58.14 | $537.79 |
| PA LOCAL TAX | $72.72 | $672.64 |
| SUI | $1.20 | $11.00 |
| Total | $466.23 | $4,590.55 |

| | CURRENT | YTD |
|---|---|---|
| NET PAY | $1,327.78 | $12,010.57 |

All Material Walmart Confidential. © 2022

**Statement of Earnings and Deductions.**
Wal-Mart Associates, Inc., 702 S.W. 8th St. Bentonville, Arkansas 72716. 📞 479-273-4000

Deposit Date: 04-28-2022

**DIAMONEKE L HOGANS BOWIE**

04/09/2022 - 04/22/2022

**$453.89**

| | | |
|---|---|---|
| AMERICAN HERITAGE FCU | CHECK DEPOSIT | xxxxxx2242  $293.89 |
| POLICE & FIRE FCU | CHECK2 DEPOSIT | xxx-xx-1751  $100.00 |
| AMERICAN HERITAGE FCU | SAVINGS ACCT | xxxxxx2242  $60.00 |

THIS IS NOT A REAL CHECK

| EARNINGS | HOURS / RATE | CURRENT | YTD |
|---|---|---|---|
| REGULAR EARNING | 57.26 @ $22.0000 | $1,259.72 | $12,799.38 |
| OVERTIME EARN | 0.36 @ $33.0000 | $11.88 | $1,061.94 |
| COVID-19 PAY | | $0.00 | $1,130.73 |
| INCTV FAC HRLY | | $0.00 | $2,034.72 |
| REPORTING PAY | | $0.00 | $352.00 |
| OVERTIME/INCT | | $0.00 | $28.34 |
| PROT PTO USED | 1.00 @ $22.0000 | $22.00 | $181.50 |
| PTO PAY | | $0.00 | $1,100.00 |
| BTWN SHF | | $0.00 | $120.00 |
| SCHED CHANGE | 3.00 @ $22.0000 | $66.00 | $880.00 |
| WRKDHRS | 57.62 | | |
| Total | | $1,359.60 | $19,688.61 |

| DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| INS MEDICAL * | $88.80 | $796.50 |
| INS DENTAL * | $8.30 | $74.70 |
| INS AD&D * | $0.32 | $2.56 |
| CRITICAL ILL * | $1.18 | $9.44 |
| INSTAPAY DED | $437.00 | $437.00 |
| 401K * | $67.98 | $984.43 |
| ACCIDENT * | $0.68 | $5.44 |
| INS VIS * | $2.76 | $24.84 |
| Total | $607.02 | $2,334.91 |

| TAX | CURRENT | YTD |
|---|---|---|
| FEDERAL TAX | $114.76 | $2,143.79 |
| SOCIAL SECURITY | $77.97 | $1,164.06 |
| MEDICARE | $18.24 | $272.24 |
| PENNSYLVANIA | $38.61 | $576.40 |
| PA LOCAL TAX | $48.29 | $720.93 |
| SUI | $0.82 | $11.82 |
| Total | $298.69 | $4,889.24 |

| | CURRENT | YTD |
|---|---|---|
| NET PAY | $453.89 | $12,464.46 |

All Material Walmart Confidential. © 2022

# Statement of Earnings and Deductions.
Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716.

**Pay Period: 04/23/2022 - 05/06/2022**

Deposit Date: 05-12-2022
Advice # 604506508

PAID TO

### DIAMONEKE L HOGANS BOWIE

**$1,651.59**

4054 E CHELTENHAM AVE
PHILADELPHIA, PA 19124

| | | | |
|---|---|---|---|
| AMERICAN HERITAGE FCU | CHECK DEPOSIT | xxxxxx2242 | $1,491.59 |
| POLICE & FIRE FCU | CHECK2 DEPOSIT | xxxxxx1751 | $100.00 |
| AMERICAN HERITAGE FCU | SAVINGS ACCT | xxxxxx2242 | $60.00 |

THIS IS NOT A REAL CHECK

## CURRENT PAY OVERVIEW



- Netpay
- Deductions
- Taxes

04/23 - 05/06

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 46.34 |
| PROTPTOUSEDYTD | 11.25 |
| PROTECTED PTO | 6.74 |
| PERS HRS AVAIL | 5.03 |

### CATEGORY
| | |
|---|---|
| Pay Category | Hourly |

### FEDERAL TAX WITHHOLDING
| | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

### STATE TAX WITHHOLDING
| | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 80.00 | $22.0000 | $1,760.00 | $14,559.38 |
| OVERTIME EARN | 13.34 | $33.0000 | $440.22 | $1,502.16 |
| COVID-19 PAY | | | $0.00 | $1,130.73 |
| INCTV FAC HRLY | | | $0.00 | $2,034.72 |
| REPORTING PAY | | | $0.00 | $352.00 |
| OVERTIME/I NCT | | | $0.00 | $28.34 |
| PROT PTO USED | 3.00 | $22.0000 | $66.00 | $247.50 |
| PTO PAY | | | $0.00 | $1,100.00 |
| BTWN SHF | | | $120.00 | $240.00 |
| SCHED CHANGE | 7.00 | $22.0000 | $154.00 | $1,034.00 |
| WRKDHRS | 93.34 | | | |
| Total | | | $2,540.22 | $22,228.83 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $88.80 | $885.30 |
| INS DENTAL * | $8.30 | $83.00 |
| INS AD&D * | $0.32 | $2.88 |
| CRITICAL ILL * | $1.18 | $10.62 |
| INSTAPAY DED | $0.00 | $437.00 |
| 401K * | $127.01 | $1,111.44 |
| ACCIDENT * | $0.68 | $6.12 |
| INS VIS * | $2.76 | $27.60 |
| Total | $229.05 | $2,563.96 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $303.07 | $2,446.86 |
| SOCIAL SECURITY | $151.17 | $1,315.23 |
| MEDICARE | $35.35 | $307.59 |
| PENNSYLVANIA | $74.85 | $651.25 |
| PA LOCAL TAX | $93.62 | $814.55 |
| SUI | $1.52 | $13.34 |
| Total | $659.58 | $5,548.82 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $1,651.59 | $14,116.05 |

All Material Walmart Confidential. © 2022

# Statement of Earnings and Deductions.
Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716.

**Pay Period: 05/07/2022 - 05/20/2022**

Deposit Date: 05-26-2022
Advice # 606034783

**PAID TO**
DIAMONEKE L HOGANS
BOWIE

**$1,500.94**

4054 E CHELTENHAM AVE
PHILADELPHIA, PA 19124

| | | | |
|---|---|---|---|
| AMERICAN HERITAGE FCU | CHECK DEPOSIT | xxxxxx2242 | $1,340.94 |
| POLICE & FIRE FCU | CHECK2 DEPOSIT | xxxxxx1751 | $100.00 |
| AMERICAN HERITAGE FCU | SAVINGS ACCT | xxxxxx2242 | $60.00 |

THIS IS NOT A REAL CHECK

### CURRENT PAY OVERVIEW

- Netpay
- Deductions
- Taxes

05/07 - 05/20

### PTO — HRS
| | |
|---|---|
| PTO AVAILABLE | 52.44 |
| PROTPTOUSEDYTD | 18.75 |
| PROTECTED PTO | 2.28 |
| PERS HRS AVAIL | 5.03 |

### CATEGORY
Pay Category    Hourly

### FEDERAL TAX WITHHOLDING
| | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

### STATE TAX WITHHOLDING
| | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 78.91 | $22.0000 | $1,736.02 | $16,295.40 |
| OVERTIME EARN | 5.21 | $33.0000 | $171.93 | $1,674.09 |
| COVID-19 PAY | | | $0.00 | $1,130.73 |
| INCTV FAC HRLY | | | $0.00 | $2,034.72 |
| REPORTING PAY | | | $0.00 | $352.00 |
| OVERTIME/I NCT | | | $0.00 | $28.34 |
| PROT PTO USED | 7.50 | $22.0000 | $165.00 | $412.50 |
| PTO PAY | | | $0.00 | $1,100.00 |
| BTWN SHF | | | $60.00 | $300.00 |
| SCHED CHANGE | 7.00 | $22.0000 | $154.00 | $1,188.00 |
| WRKDHRS | 84.12 | | | |
| Total | | | $2,286.95 | $24,515.78 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $88.80 | $974.10 |
| INS DENTAL * | $8.30 | $91.30 |
| INS AD&D * | $0.32 | $3.20 |
| CRITICAL ILL * | $1.18 | $11.80 |
| INSTAPAY DED | $0.00 | $437.00 |
| 401K * | $114.35 | $1,225.79 |
| ACCIDENT * | $0.68 | $6.80 |
| INS VIS * | $2.76 | $30.36 |
| Total | $216.39 | $2,780.35 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $250.13 | $2,696.99 |
| SOCIAL SECURITY | $135.46 | $1,450.69 |
| MEDICARE | $31.68 | $339.27 |
| PENNSYLVANIA | $67.08 | $718.33 |
| PA LOCAL TAX | $83.90 | $898.45 |
| SUI | $1.37 | $14.71 |
| Total | $569.62 | $6,118.44 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $1,500.94 | $15,616.99 |

All Material Walmart Confidential. © 2022

# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716.

**Pay Period: 05/21/2022 - 06/03/2022**

Deposit Date: 06-09-2022
Advice # 607561641

PAID TO

**DIAMONEKE L HOGANS BOWIE**

**$1,281.32**

| | | | | |
|---|---|---|---|---|
| 4054 E CHELTENHAM AVE PHILADELPHIA, PA 19124 | AMERICAN HERITAGE FCU | CHECK DEPOSIT | xxxxxxx2242 | $1,121.32 |
| | POLICE & FIRE FCU | CHECK2 DEPOSIT | xxxxxxx1751 | $100.00 |
| | AMERICAN HERITAGE FCU | SAVINGS ACCT | xxxxxxx2242 | $60.00 |

THIS IS NOT A REAL CHECK

### CURRENT PAY OVERVIEW



- Netpay
- Deductions
- Taxes

05/21 - 06/03

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 57.71 |
| PROTPTOUSEDYTD | 20.25 |
| PROTECTED PTO | 3.43 |
| PERS HRS AVAIL | 5.03 |

### CATEGORY

| | |
|---|---|
| Pay Category | Hourly |

### FEDERAL TAX WITHHOLDING

| | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

### STATE TAX WITHHOLDING

| | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 72.77 | $22.0000 | $1,600.94 | $17,896.34 |
| OVERTIME EARN | 5.02 | $33.0000 | $165.66 | $1,839.75 |
| COVID-19 PAY | | | $0.00 | $1,130.73 |
| INCTV FAC HRLY | | | $0.00 | $2,034.72 |
| REPORTING PAY | | | $0.00 | $352.00 |
| OVERTIME/INCT | | | $0.00 | $28.34 |
| PROT PTO USED | 1.50 | $22.0000 | $33.00 | $445.50 |
| PTO PAY | | | $0.00 | $1,100.00 |
| BTWN SHF | | | $60.00 | $360.00 |
| SCHED CHANGE | 3.00 | $22.0000 | $66.00 | $1,254.00 |
| WRKDHRS | 77.79 | | | |
| Total | | | $1,925.60 | $26,441.38 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $88.80 | $1,062.90 |
| INS DENTAL * | $8.30 | $99.60 |
| INS AD&D * | $0.32 | $3.52 |
| CRITICAL ILL * | $1.18 | $12.98 |
| INSTAPAY DED | $0.00 | $437.00 |
| 401K * | $96.28 | $1,322.07 |
| ACCIDENT * | $0.68 | $7.48 |
| INS VIS * | $2.76 | $33.12 |
| Total | $198.32 | $2,978.67 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $179.29 | $2,876.28 |
| SOCIAL SECURITY | $113.06 | $1,563.75 |
| MEDICARE | $26.45 | $365.72 |
| PENNSYLVANIA | $55.98 | $774.31 |
| PA LOCAL TAX | $70.02 | $968.47 |
| SUI | $1.16 | $15.87 |
| Total | $445.96 | $6,564.40 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $1,281.32 | $16,898.31 |

All Material Walmart Confidential. © 2022

**Statement of Earnings and Deductions.**
Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. 479-273-4000

Deposit Date: 06-23-2022

DIAMONEKE L HOGANS BOWIE

06/04/2022 - 06/17/2022

$1,392.73

| | | |
|---|---|---|
| AMERICAN HERITAGE FCU | CHECK DEPOSIT | xxxxxx2242 | $1,232.73 |
| POLICE & FIRE FCU | CHECK2 DEPOSIT | xxxxxx1751 | $100.00 |
| AMERICAN HERITAGE FCU | SAVINGS ACCT | xxxxxx2242 | $60.00 |

THIS IS NOT A REAL CHECK

| EARNINGS | HOURS / RATE | CURRENT | YTD |
|---|---|---|---|
| REGULAR EARNING | 40.00 @ $22.0000 | $880.00 | $18,776.34 |
| OVERTIME EARN | 5.47 @ $33.0000 | $180.51 | $2,020.26 |
| COVID-19 PAY | | $0.00 | $1,130.73 |
| INCTV FAC HRLY | | $0.00 | $2,034.72 |
| REPORTING PAY | | $0.00 | $352.00 |
| OVERTIME/INCT | | $0.00 | $28.34 |
| PROT PTO USED | 1.75 @ $22.0000 | $38.50 | $484.00 |
| PTO PAY | 40.00 @ $22.0000 | $880.00 | $1,980.00 |
| BTWN SHF | | $60.00 | $420.00 |
| SCHED CHANGE | 3.00 @ $22.0000 | $66.00 | $1,320.00 |
| WRKDHRS | 45.47 | | |
| Total | | $2,105.01 | $28,546.39 |

| DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| INS MEDICAL * | $88.80 | $1,151.70 |
| INS DENTAL * | $8.30 | $107.90 |
| INS AD&D * | $0.32 | $3.84 |
| CRITICAL ILL * | $1.18 | $14.16 |
| INSTAPAY DED | $0.00 | $437.00 |
| 401K * | $105.25 | $1,427.32 |
| ACCIDENT * | $0.68 | $8.16 |
| INS VIS * | $2.76 | $35.88 |
| Total | $207.29 | $3,185.96 |

| TAX | CURRENT | YTD |
|---|---|---|
| FEDERAL TAX | $212.11 | $3,088.39 |
| SOCIAL SECURITY | $124.18 | $1,687.93 |
| MEDICARE | $29.04 | $394.76 |
| PENNSYLVANIA | $61.49 | $835.80 |
| PA LOCAL TAX | $76.91 | $1,045.38 |
| SUI | $1.26 | $17.13 |
| Total | $504.99 | $7,069.39 |

| | CURRENT | YTD |
|---|---|---|
| NET PAY | $1,392.73 | $18,291.04 |

All Material Walmart Confidential. © 2022

**Statement of Earnings and Deductions.**
Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. 479-273-4000

Deposit Date: 07-07-2022

**DIAMONEKE L HOGANS BOWIE**

06/18/2022 - 07/01/2022

**$1,063.36**

| | | | |
|---|---|---|---|
| AMERICAN HERITAGE FCU | CHECK DEPOSIT | xxxxxx2242 | $903.36 |
| POLICE & FIRE FCU | CHECK2 DEPOSIT | xxx-xxx1751 | $100.00 |
| AMERICAN HERITAGE FCU | SAVINGS ACCT | xxxxxx2242 | $60.00 |
| THIS IS NOT A REAL CHECK | | | |

| EARNINGS | HOURS / RATE | CURRENT | YTD |
|---|---|---|---|
| REGULAR EARNING | 40.00 @ $22.0000 | $880.00 | $19,656.34 |
| OVERTIME EARN | 2.11 @ $33.0000 | $69.63 | $2,089.89 |
| COVID-19 PAY | | $0.00 | $1,130.73 |
| INCTV FAC HRLY | | $0.00 | $2,034.72 |
| REPORTING PAY | | $0.00 | $352.00 |
| OVERTIME/INCT | | $0.00 | $28.34 |
| PROT PTO USED | 1.00 @ $22.0000 | $22.00 | $506.00 |
| PTO PAY | 24.00 @ $22.0000 | $528.00 | $2,508.00 |
| BTWN SHF | | $0.00 | $420.00 |
| SCHED CHANGE | 5.00 @ $22.0000 | $110.00 | $1,430.00 |
| WRKDHRS | 42.11 | | |
| Total | | $1,609.63 | $30,156.02 |

| DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| INS MEDICAL * | $88.80 | $1,240.50 |
| INS DENTAL * | $8.30 | $116.20 |
| INS AD&D * | $0.32 | $4.16 |
| CRITICAL ILL * | $1.18 | $15.34 |
| INSTAPAY DED | $0.00 | $437.00 |
| 401K * | $80.48 | $1,507.80 |
| ACCIDENT * | $0.68 | $8.84 |
| INS VIS * | $2.76 | $38.64 |
| Total | $182.52 | $3,368.48 |

| TAX | CURRENT | YTD |
|---|---|---|
| FEDERAL TAX | $143.27 | $3,231.66 |
| SOCIAL SECURITY | $93.48 | $1,781.41 |
| MEDICARE | $21.86 | $416.62 |
| PENNSYLVANIA | $46.28 | $882.08 |
| PA LOCAL TAX | $57.89 | $1,103.27 |
| SUI | $0.97 | $18.10 |
| Total | $363.75 | $7,433.14 |

| | CURRENT | YTD |
|---|---|---|
| NET PAY | $1,063.36 | $19,354.40 |