# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-11760-MDC

DIAMONEKE L. BOWIE

4054 E Cheltenham Avenue

Philadelphia, PA 19124

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    DIAMONEKE L. BOWIE

    4054 E Cheltenham Avenue

    Philadelphia, PA 19124

Counsel for debtor(s), by electronic notice only.

    JENSEN BAGNATO, P.C.
    1500 WALNUT STREET
    SUITE 1510
    PHILADELPHIA, PA 19102-

Date: 9/22/2022

                              /S/ Kenneth E. West
                              _____
                              Kenneth E. West, Esquire
                              Chapter 13 Standing Trustee