# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                  Chapter 13

DIAMONEKE L. BOWIE            Bankruptcy No. 22-11760-MDC

4054 E CHELTENHAM AVENUE

PHILADELPHIA, PA 19124

       Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    DIAMONEKE L. BOWIE

    4054 E CHELTENHAM AVENUE

    PHILADELPHIA, PA 19124

**Counsel for debtor(s), by electronic notice only.**
    JENSEN BAGNATO, P.C.
    1500 WALNUT STREET
    SUITE 1510
    PHILADELPHIA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

Date: 11/10/2022                                                               /s/ Kenneth E. West

                                                                          _____
                                                                          Kenneth E. West, Esquire
                                                                          Chapter 13 Standing Trustee