IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Diamoneke Bowie | : | |
| | : | No. 22-11760-mdc |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor, hereby certifies that a true and correct copy of the Court Order dated January 17, 2023 was served upon all creditors and interested parties via first class regular mail on January 17, 2023.

/s/ Erik B. Jensen
Erik B. Jensen, Esquire
*Attorney for Debtor*

Date: 1/17/23